ANTONIO PALMIGIANO, Appellant, Respondent, v. THOMAS PAGE, Appellant, Respondent.— Orders reversed, with ten dollars costs and disbursements to defendant, and motion granted, changing venue in the action from Monroe county to Orleans county, with ten dollars costs to defendant to abide event. All concurred.

WILLIAM S. GRAY, Appellant, v. ERIE RAILROAD COMPANY, Respondent. — Judgment affirmed, with costs. All concurred.

In the Matter of the Estate of ALPHA WESTBROOK, Deceased. JOHN A. WESTBROOK, as Sole Surviving Executor, etc., Appellant; ADALINE WESTBROOK, Respondent.— Decree affirmed, with costs to respondent payable out of the estate. All concurred.

NATIONAL WATCH COMPANY, Respondent, v. IRVING M. WEISS, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and De Angelis, JJ., who dissented upon the ground that the defendant's promise, if construed as a guaranty, was without consideration.

ANTONIO CORICO, Appellant, v. FRANK SULLIVAN SMITH, as Receiver, etc., Respondent.— Motion granted, and order entered April 4, 1917, modified so as to provide for the modification of the judgment appealed from by striking out the words "and dismissing the plaintiff's complaint with forty-six dollars and eighty-five cents costs, and have execution therefor," and by inserting in lieu thereof the words, "with leave to the plaintiff to withdraw his demurrer within twenty days upon payment of the costs of the demurrer," and for affirmance of the judgment as so modified, without costs.

WILLIAM E. LEWIS, Appellant, v. BENJAMIN ADRIANCE and Others, Respondents, and FRANK M. KENDRICK, Appellant.— Motion for leave to appeal to Court of Appeals granted.

WILLIAM E. LEWIS, Appellant, v. BENJAMIN ADRIANCE and Others, Respondents.— Motion for leave to appeal to Court of Appeals granted.

E. A. STROUT FARM AGENCY, Respondent, v. JOHN P. OLSEN, Appellant. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION RENTAL COMPANY, Respondent, v. THOMAS F. BYRNES and Others, as and Constituting the State Board of Tax Commissioners, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

ASSETS REALIZATION COMPANY, Appellant, v. PHILIP W. ROTH, Respondent.— Motion for leave to appeal to Court of Appeals granted.

LAURA E. WALKER, Respondent, v. MARCELLUS AND OTISCO LAKE RAILWAY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted.

FRANK & MILLER, INC., Appellant, v. CELIA ELMORE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOSEPH M. CHARLTON and Another, Individually and as Executors, etc., and Others, Respondents, v. CHRISTOPHER J. SHEIL, Appellant.— Motion for leave to appeal to Court of Appeals denied, without costs.